**Opinion issued April 2, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00098-CV

_____

**SAMUEL RENE MONTANA, Appellant**

**V.**

**MELISSA ANN MONTANA, Appellee**

**On Appeal from the 247th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-47087**

## MEMORANDUM OPINION

Appellant, Samuel Rene Montana, has filed a motion to dismiss his appeal in response to the appellee's motion to dismiss this appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.1(a)(1). Although the appellant's motion lacks a certificate of conference, it is not necessary to wait the required ten days to determine such a

motion because the appellant's motion contains a certificate of service on appellee. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss the appellee's motion as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.